UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AIMEE CHERRY,

    Plaintiff,

v.

FAURECIA INTERIOR SYSTEMS, INC.,

    Defendant.
_____/

CASE NO. 25-11429

HON. DENISE PAGE HOOD

### ORDER GRANTING EMERGENCY MOTION FOR EXTENSION OF TIME TO FILE FIRST RESPONSIVE PLEADING (ECF No. 4)

The Court, having reviewed the motion, and having been fully advised,

Accordingly,

IT IS ORDERED that the Emergency Moton to Extend Time to File First Responsive Pleading (ECF No. 4) is GRANTED until June 27, 2025.

        S/DENISE PAGE HOOD
        DENISE PAGE HOOD
        UNITED STATES DISTRICT JUDGE

DATED: June 23, 2025